IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                           **CRIMINAL CAUSE NO.5:21-cr-5-DCB-FKB**

**LAKETIA ANDREWS CROSSLEY,
AUSTIN DARNEL BAHM, CALVESHAR
DUQUANTEISAAC, MARCUS CARTEZ
PARKER, AND SEDRICK TERRELL PITTMAN**

## AGREED ORDER FOR CONTINUANCE

This cause having come before the Court on the motions of the Defendants, Calveshar Duquante Isaac, Sedrick Terrell Pittman, Laketia Andrews Crossley, and Marcus Cartez Parker, to continue the trial of this matter.

The defendant Austin Darnel Bahm, by and through his counsel, has notified the court that defendant Bahm has no objection to the continuance sought by the co-defendants.

**THEREFORE,** the Court is of the opinion and so finds that the motions for a continuance of this matter should be granted; and that for the reasons set forth herein, and the reasons set forth in the defendants' motions, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial and the failure to grant the continuance would result in a miscarriage of justice. The Court finds that the Defendant, Austin Darnel Bahm, has specifically waived any speedy trial objections heretofore arising or which may arise as a result of the requested continuances under the Speedy Trial Act or the Constitution in the case at bar and finds that the motions for a continuance should be granted for the reasons described above and for the reasons set forth in the defendants' motions.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motions to continue this matter for trial, and extensions of deadlines, are granted.

**IT IS FURTHER ORDERED** that the trial of this matter is reset for the Court's criminal trial term beginning May 2, 2022.

**SO ORDERED,** this the 1st day of April, 2022.

David Bramlette
UNITED STATES DISTRICT JUDGE

AvStiNBAhM
DEFENDANT

*[signature]*
COUNSEL FOR DEFENDANT

_____
DEFENDANT


_____
COUNSEL FOR DEFENDANT

*/s/ M. McCall*
_____
COUNSEL FOR THE GOVERNMENT